UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO. 15-22103-CV-GAYLES/TURNOFF

GENEVIEVE BEAM,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between counsel for the Plaintiff and counsel for the Defendant that the above cause, having been amicably settled, be dismissed with prejudice and that each party shall bear its own costs and attorney's fees.

Dated: April 18, 2017

/s/ *Jason Margulies*_____
**Jason Margulies**
Florida Bar No. 57916
jmargulies@lipcon.com
**Jacqueline Garcell**
Florida Bar No. 104358
jgarcell@lipcon.com
LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.
One Biscayne Tower - Suite 1776
Two South Biscayne Boulevard
Miami, FL  33131
Telephone: (305) 373-3016
Facsimile:  (305) 373-6204
*Attorneys for Plaintiff*

/s/ *Juan C. Perez, Jr.*_____
**David J. Horr**
Florida Bar No.: 310761
dhorr@admiral-law.com
**Juan C. Perez, Jr.**
Florida Bar No. 91581
jperez@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 670-2526
*Attorneys for Defendant*